```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

            Plaintiff,

    -v-

PAUL D. ROBERTS,

            Defendant.
------------------------------------------------------------------X

24-cv-6990 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    On September 23, 2024, Plaintiff filed a proposed partial consent judgment, Dkt. No. 10, accompanied by a consent from Defendant, Dkt. No. 10-1. The parties shall brief the authority of the Court to issue an order settling disgorgement and other monetary relief after the entry of judgment as requested in the proposed consent judgment by no later than October 10, 2024.

    SO ORDERED.

Dated: October 3, 2024
       New York, New York

                                      LEWIS J. LIMAN
                                  United States District Judge